No. 736. CAIN, DBA CAIN'S BAR *v.* STATE BEVERAGE DEPARTMENT OF FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied. *A. K. Black* for petitioner.

No. 743. FREEMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Jack G. Day* and *Frank E. Haddad, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 739. MORGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joe J. Harrell* for petitioner. *Solicitor General Griswold* for the United States.

No. 746. CONVERSE *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied. *William Braly Murray* for petitioner. *Solicitor General Griswold, Assistant Attorney General Martz, S. Billingsley Hill,* and *George R. Hyde* for respondent.

No. 751. CANNERY WORKERS UNION OF THE PACIFIC *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Robert W. Gilbert* and *Louis A. Nissen* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 752. MILTON FRANK ALLEN PUBLICATIONS, INC. *v.* GEORGIA ASSOCIATION OF PETROLEUM RETAILERS, INC. Sup. Ct. Ga. Certiorari denied. *Lynwood A. Maddox* for petitioner. *James A. Mackay* and *Cleburne E. Gregory, Jr.,* for respondent.